UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OMAR M BAILEY,<br><br>                    Petitioner,<br><br>      v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>                    Respondent. | Case No. C20-0023-TSZ-MAT<br><br>ORDER DIRECTING RESPONDENT TO FILE STATUS UPDATE |

Based on a search of U.S. Immigration and Customs Enforcement's ("ICE") online detainee locator, it appears petitioner may have been released from ICE custody. **Within seven days** of the date of this order, the Court **ORDERS** respondent to file a status update addressing petitioner's custody status and, if he has been released, whether this case is moot.

The Clerk is directed to send copies of this order to the parties and to the Honorable Thomas S. Zilly.

Dated this 21st day of April, 2020.

Mary Alice Theiler
United States Magistrate Judge

ORDER DIRECTING RESPONDENT TO
FILE STATUS UPDATE - 1