UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OMAR M. BAILEY, | |
| Petitioner, | Case No. C20-0023-TSZ-MAT |
| v. | |
| ICE FIELD OFFICE DIRECTOR, | REPORT AND RECOMMENDATION |
| Respondent. | |

Proceeding pro se, petitioner initiated this 28 U.S.C. § 2241 immigration habeas action to obtain supervised release from detention pending the Ninth Circuit's disposition of his petition for review or, in the alternative, a bond hearing. (Dkt. 3.) The Court appointed counsel, the government opposed the petition and requested dismissal, and counsel for petitioner opposed the motion to dismiss. (*See* Dkts. 11, 14-16.) More recently, however, the government advised that Immigration and Customs Enforcement ("ICE") released petitioner from ICE detention on December 2, 2020 under an order of supervision after a custody redetermination. (Dkt. 17.) The government now requests dismissal of this action as moot. (*Id*.)

Under Article III of the U.S. Constitution, federal courts may adjudicate only actual, ongoing cases or controversies. *Deakins v. Monaghan*, 484 U.S. 193, 199 (1988). "For a habeas

REPORT AND RECOMMENDATION - 1

petition to continue to present a live controversy after the petitioner's release or deportation . . . there must be some remaining 'collateral consequence' that may be redressed by success on the petition." *Abdala v. I.N.S.*, 488 F.3d 1061, 1064 (9th Cir. 2007). Because petitioner's habeas petition seeks supervised release from detention, his claims have now been fully resolved. *See id*. at 1065. There is no collateral consequence that could be redressed by the Court and petitioner's habeas petition should be dismissed as moot. *See id*.

The Court thus recommends this action be DISMISSED without prejudice. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **fourteen (14) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **December 28, 2020**.

Dated this 10th day of December, 2020.

                                                                Mary Alice Theiler
                                                                United States Magistrate Judge