UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OMAR M. BAILEY,<br><br>                Petitioner,<br><br>   v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>                Respondent. | CASE NO. C20-0023-TSZ<br><br>ORDER |

Having reviewed the unopposed Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, docket no. 18, and the remaining record, the Court finds and ORDERS:

(1)     The Court ADOPTS the unopposed Report and Recommendation, docket no. 18;

(2)     Petitioner's habeas petition, docket no. 3, is DISMISSED without prejudice; and

(3)     The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

DATED this 4th day of January, 2021.

*Thomas S. Zilly*

THOMAS S. ZILLY
United States District Judge

ORDER OF DISMISSAL
PAGE - 1